# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00475-GPG

JADIER VILLEGAS CARDENAS,

     Applicant,

v.

DAVID VENTURELLA,[1] Acting Director of ICE,
CHARLES WALL, Deputy Director of ICE, and
JUAN BALTAZAR, Warden of Aurora ICE PC,

     Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Federal Rules of Civil Procedure 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [D. 30] entered by United States District Judge Gordon P. Gallagher on May 14, 2026, and supplemented by Status Report [D. 10] by Respondents, it is

ORDERED that the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [D. 1] is denied. It is further

ORDERED that Petitioner's Motion for Decision Request [D. 23] is denied as moot. It is further

ORDERED that Petitioner's Motion for Decision [D. 26] is denied as moot. It is further

ORDERED that Petitioner's Request to Make a Determinative Decision [D. 28] is denied as moot. It is further

---

[1] Pursuant to Fed. R. Civ. P. 25(d), David Venturella is substituted as a Respondent.

ORDERED that this case is closed.

DATED at Grand Junction, Colorado, this 16th day of July 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk
By:    s/D. Clement
       Deputy Clerk